IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1493-JLK**

**RAE MEYERS,**

    Plaintiff,

v.

**BARTON LEASING, INC., a Colorado corporation,**

    Defendant.

---

## MINUTE ORDER
---

Judge John L. Kane **ORDERS**

    The Motion for Entry of Stipulated Confidentiality Protective Order (doc. #19), filed May 29, 2008, is DENIED with leave to re-file using a form consistent with this Judge Kane's standard form of protective order, which can be found on the courts website at www.cod.uscourts.gov.

---

Dated:  May 30, 2008