IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1493-JLK-MJW

RAE MEYERS,

    Plaintiff,

v.

BARTON LEASING, INC., a Colorado corporation

    Defendant.

___

## ORDER REGARDING MOTION TO EXTEND DEADLINES
___

The Stipulated Motion to Extend Deadlines for Discovery Cut-off and Dispositive Motions (Doc. 22) is GRANTED. The Stipulated Scheduling and Discovery Order is amended as follows.

1. The deadline for Discovery Cut-off shall be extended from June 20, 2008 to **August 1, 2008**.

2. The deadline for Dispositive Motions shall be extended from July 21, 2008 to **September 7, 2008**.

3. The deadline to serve written discovery requests shall be extended from May 16, 2008 to **July 2, 2008**, thirty (30) days before the Discovery Cut-Off.

Dated this 3rd day of June, 2008.

        By the Court

        s/John L. Kane
        John L. Kane, Senior District Judge
        United States District Court