IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1493-JLK**

**RAE MEYERS,**

    Plaintiff,

v.

**BARTON LEASING, INC., a Colorado corporation,**

    Defendant.
_____

**ORDER**
_____

Kane, J.

This matter is before me on Plaintiff's Motion to Quash Subpoena for Subsequent Employer Records Under Fed. R. Civ. P. 45(c)(3)(A) and for Protective Orders Pursuant to Fed. R. Civ. P. 26(c) (Doc. #21), filed June 2, 2008. Having carefully considered the Motion, response and reply, and all applicable legal authorities, and being fully advised in the premises, I DENY Plaintiff's Motion. The subpoena is narrowly tailored, seeks information that is relevant to Plaintiff's claims and Defendant's defenses and may lead to the discovery of admissible evidence.

Defendant also attempted to move in its opposition brief for entry of an order enforcing the subpoena it served on Atlas Construction Supply, Inc. on May 16, 2008. That motion is denied without prejudice because it violates D.C.COLO.LCivR 7.1(C),

which requires that motions be filed separately from a response or reply to an original motion.

IT IS SO ORDERED.

Dated this 8th day of July, 2008.

s/ John L. Kane
John L. Kane, Senior District Judge
United States District Court