IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01493-JLK-MJW

RAE MEYERS,

        Plaintiff,

  v.

BARTON LEASING, INC.,
a Colorado corporation,

        Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (doc. #37), filed August 4, 2008. The Motion is **GRANTED**. This case is **DISMISSED** in its entirety, **WITH PREJUDICE**, all parties to bear their own costs and attorneys fees.

Dated this 4th day of August, 2008.

                      BY THE COURT:

                      *S/John L. Kane*
                      John L. Kane, Senior Judge
                      United States District Court